**Electronically Filed
Supreme Court
SCWC-20-0000776
25-JUL-2022
09:43 AM
Dkt. 13 OGAC**

SCWC-20-0000776

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

CITY AND COUNTY OF HONOLULU, by the DEPARTMENT OF THE
CORPORATION COUNSEL, Petitioner/Appellant-Appellant,

v.

HONOLULU POLICE COMMISSION, Respondent/Appellee-Appellee,
and
LOUIS M. KEALOHA, Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000776; Civil No. 1CC191000907)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Wilson, and Eddins, JJ., and
Circuit Judge Kawano, in place of Nakayama, J., recused.)

The application for writ of certiorari filed on June
20, 2022, by Petitioner/Appellant-Appellant City and County of
Honolulu, by the Department of the Corporation Counsel, is
hereby accepted, and will be scheduled for oral argument. The
parties will be notified by the appellate clerk regarding
scheduling.

DATED: Honolulu, Hawai'i, July 25, 2022.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

/s/ Kelsey T. Kawano

